# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STAES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal Action No. 2011-02** |
| ) | |
| **DWAYNE DENNIS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

**UPON CONSIDERATION** of the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, Defendant Dwayne Dennis' plea of guilty to Count II of the Indictment, Possession of a Firearm while in Possession of Drugs, is accepted, and the Defendant is adjudged guilty of such offense. The sentence hearing date will be set by further order of this Court.

**SO ORDERED**.

Date: October 13, 2011            _____/s/_____
                                   WILMA A. LEWIS
                                   District Judge


copy:   AUSA, Alphonso Andrews, AUSA
        Jeffrey Moorhead, Esq,
        Alvin Entin, Esq.
        U.S. Probation Office
        U.S. Marshal's Office